Case 4:17-cv-01102   Document 4   Filed in TXSD on 09/29/17   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 29, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRYAN REDMON, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:17-CV-1102 |
| § | |
| GLOBAL DISTRIBUTION SERVICES, INC. § | |
| D/B/A AMERICAS ALLIANCE D/B/A § | |
| AMERICAS CHOICE GARAGE DOOR § | |
| SERVICE, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL

Pursuant to the Plaintiff's Notice of Dismissal filed on December 12, 2012 (Doc. 14) this case is DISMISSED without prejudice. All costs and fees are to be paid by the parties that incurred them.

SIGNED at Houston, Texas, this 29th day of September, 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE